UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: 29 U.S.C. § 439(b) |
| TIMOTHY C. FERRUCCI | : | (Filing False Union Reports) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

1. At all times material to this Information, Northeast Emergency Services Union ("NESU"), was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. On or about March 28, 2002, in the District of Connecticut, the defendant TIMOTHY C. FERRUCCI, then the President of NESU, did wilfully make and cause to be made a false statement and representation of material fact knowing it to be false, and did knowingly and wilfully fail to disclose a material fact in a report and document required to be filed by NESU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3, in that FERRUCCI stated that he had received $5,519 in "Salary, Allowances and Other Disbursements," for the fiscal year ending December 31, 2001, whereas in truth and fact, NESU had paid $7,160.67 to FERRUCCI and third parties in the form of payments to vendors for services and products for FERRUCCI's personal benefit.

All in violation of Title 29, United States Code, Section 439(b).

**COUNT TWO**

1. Paragraph One of Count one is realleged as if fully set forth herein.

2. On or about March 30, 2003, in the District of Connecticut, the defendant TIMOTHY C. FERRUCCI, then the President of NESU, did wilfully make and cause to be made a false statement and representation of material fact knowing it to be false, and did knowingly and wilfully fail to disclose a material fact in a report and document required to be filed by NESU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3, in that FERRUCCI stated that he had received $5,254 in "Salary, Allowances and Other Disbursements," for the fiscal year ending December 31, 2002, whereas in truth and fact, NESU had paid $7,675.04 to FERRUCCI and third parties in the form of payments to vendors for services and products for FERRUCCI's personal benefit.

All in violation of Title 29, United States Code, Section 439(b).

**COUNT THREE**

1. Paragraph One of Count one is realleged as if fully set forth herein.

2. On or about March 30, 2004, in the District of Connecticut, the defendant TIMOTHY C. FERRUCCI, then the President of NESU, did wilfully make and cause to be made a false statement and representation of material fact knowing it to be false, and did knowingly and wilfully fail to disclose a material fact in a report and document required to be filed by NESU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3, in that FERRUCCI stated that he had received $4,013 in "Salary, Allowances and Other Disbursements," for the fiscal year ending December 31, 2003, whereas in truth and fact, NESU had paid $6,673.88 to FERRUCCI and third parties in the form of payments

to vendors for services and products for FERRUCCI's personal benefit.

All in violation of Title 29, United States Code, Section 439(b).

## COUNT FOUR

1. Paragraph 1 of Count one is realleged as if fully set forth herein.

2. On or about March 29, 2005, in the District of Connecticut, the defendant TIMOTHY C. FERRUCCI, then the President of NESU, did wilfully make and cause to be made a false statement and representation of material fact knowing it to be false, and did knowingly and wilfully fail to disclose a material fact in a report and document required to be filed by NESU with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM-3, in that FERRUCCI stated that he had received $3,279 in "Salary, Allowances and Other Disbursements," for the fiscal year ending December 31, 2004, whereas in truth and fact, NESU had paid $5,838.08 to FERRUCCI and third parties in the form of payments to vendors for services and products for FERRUCCI's personal benefit.

All in violation of Title 29, United States Code, Section 439(b).


UNITED STATES OF AMERICA


_____
 JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


_____
PETER S. JONGBLOED
CHIEF, CRIMINAL DIVISION


_____
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY